United States District Court
Southern District of Texas
**ENTERED**
December 07, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DIMAS INTERIANO, Individually and On Behalf of All Similarly Situated Persons, <br>     Plaintiff, <br><br> V. <br><br> ALL HARVEST TRADING, LLC and HENRY L. CHEA <br>     Defendants. | § § § § § § § § § § § § | Civil Action No. 4:15-cv-3640 |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice (the "Stipulation"). The Court GRANTS the Stipulation.

It is therefore ORDERED that this lawsuit is DISMISSED with prejudice.

SO ORDERED.

Signed in Houston, Texas on _December 7, 2016_

_____
THE HON. SIM LAKE
UNITED STATES DISTRICT JUDGE